# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| FLORIDA EAST COAST RAILWAY LLC,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL RAILROAD ADMINISTRATION; AMIT BOSE, in his official capacity as Administrator, Federal Railroad Administration; and UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>Respondents. | No. 24-11076 |

## MOTION TO FILE CIP OUT OF TIME

Florida East Coast Railway LLC ("FEC") respectfully moves this Court for permission to file an additional copy of its Certificate of Interested Persons and Corporate Disclosure Statement ("CIP") out of time.

FEC states that, pursuant to 11th Cir. R. 26.1-1(a)(1), it included a CIP with its original petition. *See* Doc. 1-4. Immediately upon assignment of a case number, FEC also filed a web-based CIP at 10:11 AM ET on April 9, 2024. FEC filed an additional copy of the CIP as an

attachment to its Supplemental and Amended Petition For Review on April 11, 2024.  *See* Doc. 2-2.

Pursuant to the Court's April 30, 2024 docket entry, FEC is attaching an additional copy of the CIP, which remains accurate.

Movant's counsel has consulted opposing counsel, who stated that respondents have no objection to the relief sought.

Dated:  May 7, 2024            Respectfully submitted,

        /s/ Jacob T. Spencer
        Jacob T. Spencer
        GIBSON, DUNN & CRUTCHER LLP
        1050 Connecticut Avenue, N.W.
        Washington, D.C.  20036
        (202) 955-8500
        jspencer@gibsondunn.com

# CERTIFICATE OF COMPLIANCE

The foregoing complies with the limits of Fed. R. App. P. 27(d)(1) and (2) because it is set in fourteen-point New Century Schoolbook and is 151 words in length.

<u>/s/ Jacob T. Spencer</u>
Jacob T. Spencer
