***Florida East Coast Railway LLC v. Federal Railroad Administration et al.*,**
**24-11076**
**Certificate of Interested Persons and Corporate Disclosure Statement**

Pursuant to Pursuant to Federal Rule of Appellate Procedure 26.1 and this Court's Rule 26.1-2(c), Petitioner submits the following list of persons and entities that have an interest in the outcome of this petition:

1. Federal Railroad Administration

2. Florida East Coast Holdings Corp.

3. Florida East Coast Railway Corp.

4. Florida East Coast Railway LLC

5. Gibson, Dunn & Crutcher, LLP

6. GMXT US, Inc.

7. Grupo Mexico Transportes S.A. of C.V. (GMXT)

8. Grupo México, S.A.B de C.V. (GMBXF)

9. Spencer, Jacob T.