# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FLORIDA EAST COAST RAILWAY LLC,

    Petitioner,

v.

FEDERAL RAILROAD ADMINISTRATION; AMIT BOSE, in his official capacity as Administrator, Federal Railroad Administration; and UNITED STATES DEPARTMENT OF TRANSPORTATION,

    Respondents.

No. 24-11076

## RESPONDENTS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for respondents certifies that, to the best of his knowledge, the following list of persons and entities that have an interest in the outcome of the petition for review and were not included in petitioner's certificate of interested parties, *see* Doc. 8-2:

    Behravesh, Rebecca S., *Attorney for Respondents*

    Bose, Amit, *Respondent*

    Boynton, Brian, *Attorney for Respondents*

    Geier, Paul M., *Attorney for Respondents*

    Gilbert, Samuel, *Attorney for Respondents*

    Iyer, Subash, *Attorney for Respondents*

*Florida E. Coast Railway LLC v. Federal Railroad Administration*, No. 24-11076 (11th Cir.)

Ishihara Fultz, Allison, *Attorney for Respondents*

Lee, Paula, *Attorney for Respondents*

Totaro, Martin, *Attorney for Respondents*

U.S. Department of Transportation, *Respondent*

Van Nostrand, Christopher F., *Attorney for Respondents*

Wright, Abby, *Attorney for Respondents*

                                  Respectfully submitted,

                                  ABBY C. WRIGHT
                                    /s/ *Martin Totaro*
                                Martin Totaro
                                Attorneys
                                Civil Division, Appellate Staff
                                U.S. Department of Justice
                                950 Pennsylvania Ave. N.W., Rm. 7525
                                Washington, D.C. 20530

May 2024

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I electronically filed the foregoing through the court's CM/ECF system, which will effect service on counsel of record for all parties.

*/s/ Martin Totaro*
Martin Totaro