# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11076

_____

FLORIDA EAST COAST RAILWAY LLC,

                                                                Petitioner,

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
UNITED STATES DEPARTMENT OF TRANSPORTATION,

                                                                Respondents.

_____

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

_____

_____

No. 24-11300

_____

TEXAS & NORTHERN RAILWAY COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

_____

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

_____

_____

No. 24-11366

_____

ASSOCIATION OF AMERICAN RAILROADS,

　　　　　　　　　　　　　　　　　　　　　　　　　　Petitioner,

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

　　　　　　　　　　　　　　　　　　　　　　　　　　Respondents.

_____

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

_____

_____

No. 24-11367

_____

AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,

　　　　　　　　　　　　　　　　　　　　　　　　　　Petitioner

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

Respondents.

————————————

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

————————————

————————————

No. 24-11428

————————————

INDIANA RAIL ROAD COMPANY,

Petitioner,

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

Respondents.

_____

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

_____

_____

No. 24-11444

_____

UNION PACIFIC RAILROAD CO.,

Petitioner,

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

Respondents.

_____

Petition for Review of a Decision of the
Federal Railroad Administration

Agency No. FRA-2021-0032

_____

_____

No. 24-11445

_____

NEBRASKA CENTRAL RAILROAD COMPANY,

Petitioner,

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

Respondents.

_____

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

_____

_____

No. 24-12003

_____

BNSF RAILWAY COMPANY,

                                                            Petitioner,

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

                                                            Respondents.

_____

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

_____

ORDER:

     Martin Totaro's motion to withdraw as counsel for the Respondents is GRANTED.

                                           /s/ Britt C. Grant
                                           UNITED STATES CIRCUIT JUDGE