**United States Court of Appeals**

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

David J. Smith                                                    In Replying Give Number

Clerk                                                                   Of Case and Names of Parties

February 26, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JUNE 2, 2025, IN MIAMI, FLORIDA.  COURT WILL BE HELD MONDAY-THURSDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**

Court Sessions Supervisor

--------------------------------------------------------------------------------------------------------------------------------

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #17.***

| | |
|---|---|
| 23-12167 | William Fuller, et al. v. Joe Carollo (REVISED ARGUMENT DATE) |
| 22-13325 | Arthur Huggins v. School District of Manatee County, et al. (REVISED ARGUMENT DATE) |
| 24-11114 | Roger Tejon v. Zeus Networks, LLC (REVISED ARGUMENT DATE) |
| 24-10029 | Ricardo Devengoechea v. Bolivarian Republic of Venezuela (REVISED ARGUMENT DATE) |
| 23-14237 | Caterpillar Financial Services Corporation v. Venequip Machinery Sales Corporation (REVISED ARGUMENT DATE) |
| 23-14081 | Keith Pearce, et al. v. State Farm Florida Insurance Company, et al. (REVISED ARGUMENT DATE) |
| 23-12966 | Mario Del Valle, et al. v. Trivago GMBH, et al. |
| 24-10126 | Alexander Bostic v. Matari Bodie |
| 22-13277 | United States v. Rolex Bryan Bruno |
| 23-14024 | Sydney Keefe v. Britt's Bow Wow Boutique, Inc., et al. |
| 24-11252 | Sydney Keefe v. Britt's Bow Wow Boutique, Inc., et al. |
| 23-11323 | Natural Lands, LLC v. City of Boca Raton |
| 24-11157 | United States v. Steven Schmitz |
| 24-10300 | United States v. William Spearman |
| 24-11076 | Florida East Coast Railway LLC v. Federal Railroad Administration, et al. (Consolidated with 24-11300, 24-11366, 24-11367, 24-11428, 24-11444, 24-11445 and 24-12003) |
| 24-10567 | Britney Denton, et al. v. Board of Governors for the State University System of Florida, et al. (REVISED ARGUMENT DATE) |