In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 24-11076

---

FLORIDA EAST COAST RAILWAY LLC,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
UNITED STATES DEPARTMENT OF TRANSPORTATION,

*Respondents,*

INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS-TRANSPORTATION DIVISION

*Intervenor.*

---

Petitions for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-11300

TEXAS & NORTHERN RAILWAY COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

Petitions for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

No. 24-11366

ASSOCIATION OF AMERICAN RAILROADS,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,

ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

---

Petitions for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-11367

---

AMERICAN SHORT LINE AND REGIONAL RAILROAD
ASSOCIATION,

*Petitioner*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

Petitions for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

No. 24-11428

INDIANA RAIL ROAD COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

Petitions for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

No. 24-11444

UNION PACIFIC RAILROAD CO.,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

---

Petitions for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-11445

---

NEBRASKA CENTRAL RAILROAD COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

Petitions for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

No. 24-12003

BNSF RAILWAY COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

Petitions for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 11, 2026

For the Court: DAVID J. SMITH, Clerk of Court