**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 24-11076

ERRATA

---

FLORIDA EAST COAST RAILWAY LLC,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
UNITED STATES DEPARTMENT OF TRANSPORTATION,

*Respondents,*

INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR,
RAIL AND TRANSPORTATION WORKERS-
TRANSPORTATION DIVISION

*Intervenor.*

---

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-11300

---

TEXAS & NORTHERN RAILWAY COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

---

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-11366

---

ASSOCIATION OF AMERICAN RAILROADS,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

---

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-11367

---

AMERICAN SHORT LINE AND REGIONAL RAILROAD
ASSOCIATION,

*Petitioner*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

---

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-11428

---

INDIANA RAIL ROAD COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD
ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

---

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-11444

UNION PACIFIC RAILROAD CO.,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

No. 24-11445

NEBRASKA CENTRAL RAILROAD COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,

ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

---

Petition for Review of a Decision of the Federal Railroad Administration
Agency No. FRA-2021-0032

---

No. 24-12003

---

BNSF RAILWAY COMPANY,

*Petitioner,*

*versus*

FEDERAL RAILROAD ADMINISTRATION,
ADMINISTRATOR, FEDERAL RAILROAD ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION,

*Respondents.*

Petition for Review of a Decision of the
Federal Railroad Administration
Agency No. FRA-2021-0032

ERRATA

On page 1 of the dissent, renumbered "VI. Background" to "I. Background"

On page 14 of the dissent, renumbered "VII. Discussion" to "II. Discussion"

On page 28 of dissent, renumbered "VIII. Conclusion" to "III. Conclusion"